IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD P. JONES and MICHAEL JOSEPH BITGOOD A/K/A "Michael Easton," | § § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § | **C.A. NO. 4:24-cv-2986** |
| | § | **JURY DEMAND** |
| THOMAS LARSON; NOLAN REAL ESTATE SERVICES, INC.; MADAM MARIANA SULLIVAN; KARINA ARIELLE MARTINEZ; IMPERIAL LOFTS LLC; DANIEL SWIFT EDMUNDS; DYLAN B. RUSSELL; BRYCE SPENCER; BENNETT G. DODSON; CITY OF SUGAR LAND; BENNETT G. FISCHER; WILLIAM SCOTT HELFAND; SEAN BENJAMIN BRAUN; LEWIS, BRISBOIS, BISGAARD & SMITH, LLP; and SHANE LESLEY KOTLARSKY, | § § § § § § § § § § § § § § § | |
| *Defendant*s. | § § | |

### DEFENDANTS' JOINT NOTICE OF REMOVAL

1.      Defendants, City of Sugar Land ("City"), Bryce Spencer ("Spencer"), and Bennett Dodson ("Dodson") (hereinafter, the "Removing Defendants), appear jointly pursuant to 28 U.S.C. § 1446(a) to file this Notice of Removal.

2.      The following index of documents filed herewith is provided as required by the Local Rules for the Southern District of Texas:

## LIST OF MATTERS FILED

**Exhibit A**      Plaintiffs' Original Petition (filed 1/17/2024)

**Exhibit B**      Citations of Removing Defendants

**Exhibit C**      Original Answer of City of Sugar Land and Officer Bryce Spencer (filed 5/6/2024)

**Exhibit D**      Lewis Brisbois Defendants' Motion to Dismiss Under the Texas Citizens' Participation Act (filed 5/6/2024)

**Exhibit E**      Plaintiffs' Notice of Non-Suit as to Defendant City of Sugar Land, Texas (filed 5/14/2024)

**Exhibit F**      Defendant Bennet G. Dodson's First Amended Answer to Plaintiffs' Original Petition (filed 5/28/2024)

**Exhibit G**      Notice of Stipulation Between Easton, Jones, and Dodson (filed 5/28/2024)

**Exhibit H**      First Amended Plea to the Jurisdiction of Assistant District Attorney Bennett G. Dodson (filed 6/7/2024)

**Exhibit I**      Plaintiff's Notice of Partial Non-Suit as to Defendants Bennett G. Fischer, William Scott Helfand, Sean Benjamin Braun, Lewis Brisbois Bisgaard & Smith, LLP, and Shane Lesley Kotlarsky (filed 7/2/2024)

**Exhibit J**      Plaintiff's Notice of Partial Non-Suit as to Defendants Thomas Larson, Nolan Real Estate Services, Inc., Madam Mariana Sullivan, Karina Arielle Martinez, and Imperial Lofts LLC (filed 7/26/2024)

**Exhibit K**      Plaintiffs' First Amended Petition and Motion to Compel (filed 7/31/2024)

**Exhibit L**      Notice of Electronic Service to all parties of Plaintiffs' First Amended Petition and Motion to Compel (7/31/2024)

**Exhibit M**      Plaintiff's Notice of Partial Non-Suit as to Defendant Daniel Swift Edmunds (filed 8/5/2024)

| | |
|---|---|
| **Exhibit N** | Defendant Daniel S. Edmunds' Notice of Nonsuit [Motion to Dismiss Texas Citizens' Participation Act] (filed 8/6/2024) |
| **Exhibit O** | Defendants City of Sugar Land and Officer Bryce Spencer's Original Answer to Plaintiffs' First Amended Complaint (filed 8/9/2024) |
| **Exhibit P** | Consent to Removal to Federal Court of Lewis Brisbois Defendants |
| **Exhibit Q** | Copy of the Docket Sheet in the state court action. |
| **Exhibit R** | List of Attorneys and Parties in the state court action. |

3.      Prior to removal to this Court, this case was on file in the 458th District Court of Fort Bend County, Texas, styled as Cause No. 24-DCV-312265; *Richard P. Jones and Michael Joseph Bitgood a/k/a "Michael Easton" v. Thomas Larson, Nolan Real Estate Services, Inc., Madam Marianna Sullivan, Karina Arielle Martinez, Imperial Lofts LLC, Daniel Swift Edmunds, Dylan B. Russell, Bryce Spencer, Bennett G. Dodson, City of Sugar Land, Texas, Bennett G. Fisher, William Scott Helfand, Sean Benjamin Braun, Lewis, Brisbois, Bisgaard & Smith, LLP, and Shane Lesley Kotlarsky*. The address of that court is 301 Jackson Street, Richmond, Texas 77469.

4.      Plaintiffs filed their First Amended Petition in state court on July 31, 2024, raising claims for the first time under federal law, to wit, 42 U.S.C. § 1983. Through electronic e-service, Defendants were served with Plaintiffs' First Amended Petition that same day. Accordingly, this action has been timely removed to federal court within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

5.      In their First Amended Petition, Plaintiffs assert claims against the Removing Defendants City of Sugar Land, Bryce Spencer, and Bennett Dodson[1] under 42 U.S.C. 1983, alleging violations of the Fourth Amendment for false arrest and malicious prosecution and interference to their right to free speech.  Since this Court would thus have had original "federal question" jurisdiction under 28 U.S.C. Section 1331 and supplemental jurisdiction of Plaintiffs' factually-related state law claims under Section 1367 if the case had been filed originally in federal court, jurisdiction over this case is exercisable by removal under 28 U.S.C. § 1441(a) & (b).

6.      Before removing to federal court, the Removing Defendants appeared and answered this lawsuit. All other originally-named defendants have been non-suited by Plaintiffs (*see* notices of non-suit, **Exhibits I**, **J**, & **M**). The Lewis Brisbois Defendants – Defendants Bennett G. Fisher, William Scott Helfand, Sean Benjamin O'Neal Braun (improperly identified in the style of the First Amended Petition as "Sean Benjamin Braun"), Shane Lesley Kotlarsky, and Lewis Brisbois Bisgaard & Smith, LLP – have been non-suited by Plaintiffs (**Ex. I**); however, they still have a counter-claim pending against Plaintiffs for court costs, reasonable attorney's fees, conditional appellate attorney's fees, and a deterrence sanction under TEX. CIV. PRAC. REM. CODE § 27.009(a)(2). *See* **Exhibit D** (Lewis Brisbois Defs. Mot. to Dismiss and for other relief).

---

[1] Plaintiffs' First Amended Complaint also made claims against Defendant Daniel Swift Edmunds; however, shortly thereafter, Plaintiffs' non-suited Mr. Edmunds on August 5, 2024 (**Ex. M**).

The Lewis Brisbois Defendants consent to the removal of this action to federal court. *See* **Exhibit P**, (Lewis Brisbois Defs. Consent to Removal).

7.      Plaintiff did not request a jury trial in his Amended Petition. However, Removing Defendants request a jury trial by this notice.

8.      Upon the filing of this Notice of Removal, written notice of the filing of these removal papers is being given to Plaintiffs by Defendants removing this action. A copy of the Notice of Removal is also being filed with the Fort Bend County District Clerk.

9.      The requirements of 28 U.S.C. §1446(a), (b), (d) and (e) and S.D. Tex. Loc. R. LR81 are thus satisfied. Accordingly, Defendants City of Sugar Land, Officer Bryce Spencer, and Bennett G. Dodson respectfully request that the removal of this action be entered on the docket of this Court.

*   *   *   *   *

Respectfully submitted,


By:    /s/ ***Ramon G. Viada III***
        Ramón G. Viada
        State Bar No. 20559350
        rayviada@viadastrayer.com
        VIADA & STRAYER
        17 Swallow Tail Court, Suite 100
        The Woodlands, Texas 77381
        Tel. 281-419-6338

ATTORNEYS FOR DEFENDANTS
CITY OF SUGAR LAND AND
OFFICER BRYCE SPENDER

By: /s/ ***Ricardo J. Navarro\****
Ricardo J. Navarro
State Bar No. 14829100
rjnavarro@rampagelaw.com

By: /s/ ***Kelly R. Albin\****
Kelly R. Albin
State Bar No. 24086079
kralbin@rampagelaw.com
DENTON NAVARRO RODRIGUEZ
BERNAL SANTEE & ZECH, P.C.
549 N. Egret Bay, Suite 200
League City, Texas 77573
832- 632-2102
832-632-2132 (fax)

ATTORNEYS FOR DEFENDANT
BENNETT G. DODSON

***\* Signed w/ Permission***

## CERTIFICATE OF SERVICE

I certify that all parties and/or counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Southern District of Texas and by email service on August 9, 2024.

/s/ ***Ramon G. Viada III***
Ramon G. Viada III